HASSARD BONNINGTON LLP
PHILIP S. WARD, ESQ., State Bar No. 51768
E-mail: psw@hassard.com
KENDRA J. PAPPAS, ESQ., State Bar No. 226992)
E-mail: kjp@hassard.com
Two Embarcadero Center, Suite 1800
San Francisco, California  94111-3941
Telephone:  (415) 288-9800
Fax:  (415) 288-9801

PEYTON J. HEALEY, ESQ. (Admitted *Pro Hac Vice*)
E-mail: peyton@powerstaylor.com
POWERS TAYLOR LLP
8150 N. Central Expressway, Ste. 1575
Dallas, Texas 75206
Telephone:  (214) 239-8900
Fax:  (214) 239-8901

Attorneys for Plaintiff  JIM FARES

*IT IS SO ORDERED*
Judge Edward J. Davila
7/22/2013

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| JIM FARES,<br><br>            Plaintiff,<br><br>     vs.<br><br>JOHN DOE 1, JOHN DOE 2 and DOES 3-40, inclusive,<br><br>            Defendants. | No.  CV 13-0970 EJD/HRL<br><br>**NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P.41(a)** |

**TO THE CLERK AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff Jim Fares voluntarily dismisses this action without prejudice in its entirety as to all DOE defendants.   The Clerk shall close this file.

DATED: July 19, 2013                              HASSARD BONNINGTON LLP


                                                           By /s/ Kendra J. Pappas
                                                               Attorneys for Plaintiff

-1-